UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| SEMMANTHA CHIE, *et al.*, | No. C 11-01784 EMC (LB) |
| Plaintiffs, | **NOTICE OF REFERRAL AND ORDER SETTING HEARING** |
| v. | |
| REED ELSEVIER, INC., *et al.*, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On December 6, 2011, the district court referred all discovery, including Plaintiff Jennifer Dessin's motion to quash filed at ECF No. 40, to United States Magistrate Judge Laurel Beeler. Referral Order, ECF No 41 at 1. The motion to quash deals with a deposition noticed for December 8, 2011. Given the timing issues involved, the court **ORDERS** counsel for the parties to meet and confer in person or by telephone if an in-person meeting is not feasible and to submit a joint letter of no more than four pages summarizing the parties' respective positions by 10:00 a.m. on Wednesday, December 7, 2011. The court will conduct a telephonic hearing on the matter at 1:00 p.m. on Wednesday, December 7, 2011.

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
LAUREL BEELER
United States Magistrate Judge

NOTICE OF REFERRAL AND ORDER
C 11-01784 EMC (LB)