1  SEYFARTH SHAW LLP
   Catherine M. Dacre (SBN 141988)
2  E-mail: cdacre@seyfarth.com
   Kimberly G. Brener (SBN 244531)
3  E-mail: kbrener@seyfarth.com
   Cody D. Knight (SBN 257627)
4  E-mail: cknight@seyfarth.com
   560 Mission Street, 31st Floor
5  San Francisco, California  94105
   Telephone:  (415) 397-2823
6  Facsimile:  (415) 397-8549

7  Attorneys for Defendants
   REED ELSEVIER, INC. and
8  MATTHEW BENDER & COMPANY, INC.

9                    UNITED STATES DISTRICT COURT

10               IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO

| | |
|---|---|
| SEMMANTHA CHIE and JENNIFER DESSIN, on behalf of themselves and aggrieved employees,<br><br>          Plaintiffs,<br><br>    v.<br><br>REED ELSEVIER, INC. LEXIS/NEXIS, INC. and MATTHEW BENDER & COMPANY, INC.<br><br>          Defendants. | Case No. CIV 11-1784 EMC<br><br>**DEFENDANTS' REQUEST FOR CONTINUANCE OF STATUS/TRIAL SETTING CONFERENCE**  ; ORDER<br><br>Date:  January 20, 2012<br>Time:  10:30 a.m.<br>Dept:  Courtroom 5, 17th Flr.<br>Judge:  Hon. Edward M. Chen |

Defendants REED ELSEVIER, INC. and MATTHEW BENDER & COMPANY, INC. ("Defendants") hereby submit this request for a continuance of the case management and trial setting conference currently scheduled for January 20, 2012.  For the reasons stated herein, good cause exists for granting this request, as set forth below.

By Minute Order dated September 12, 2011, the Court ordered a case management/trial setting conference to be held on January 20, 2012.  Defendants hereby respectfully request that the matter be continued to one of the following dates:  January 27, February 3, or February 24.  (Defendants' counsel is **not** available on February 10 or 17.)

The parties engaged in court-ordered mediation on December 15, 2011, which resulted in

1  a settlement of this case.  The parties have a fully executed settlement agreement and a
2  stipulation regarding dismissal will be filed shortly.  Defendants request a continuance of the
3  case management/trial setting conference due to the unavailability of Defendants' counsel,
4  Catherine Dacre, who will be out of the state on business on January 20, 2012.  The requested
5  continuance will allow the parties the time to file their stipulation of dismissal and related
6  documents and deliver settlement checks.

7  　　　　The brief continuance requested would not prejudice any party.  Defendants do not make
8  this request for purposes of delay, but rather to effectuate a just, speedy, and inexpensive
9  conclusion of this action.  Defendants' counsel informed Plaintiffs' counsel of Defendants' intent
10 to make this request, via email on January 10, 2012, and have heard no opposition thereto.

11 　　　　WHEREFORE, Defendants respectfully ask that the Court grant the requested relief, and
12 continue the case management/trial setting conference set for January 20, 2012 to February 3 or
13 24, 2012, or to another date as determined by the Court.

14 DATED:  January 10, 2012                          SEYFARTH SHAW LLP

16                                                  By   \s\
                                                         CATHERINE M. DACRE
17                                                  Attorneys for Defendants
                                                    REED ELSEVIER, INC. and MATTHEW
18                                                  BENDER & COMPANY, INC.

19                           and the Court confirmed with Plaintiffs that they do not object,
    Good cause appearing, the January 20, 2012 Status/Trial Setting Conference is hereby
20
    continued to __February 3, 2012 at 10:30 a.m.  An updated joint status report shall be filed
21                  by January 27, 2012.
    IT IS SO ORDERED.
22

23  _____
    EDWARD M CHEN
24  UNITED STATES DISTRICT COURT JUDGE

25  14087084v.1

*IT IS SO ORDERED AS MODIFIED*

2
Defendants' Request for Continuance of Status/Trial Setting Conference / Case No. CIV 11-1784 EMC