1  LOHR LAW FIRM
   Jason S. Lohr (SBN 262267)
2  140 Geary Street 4th Floor
   San Francisco, CA 94108
3  Telephone: (415) 294-0448
   Facsimile: (415) 354-3275
4  Email: lohr@lohrlaw.com

5  *Attorney for Plaintiffs Semmantha Chie
   and Jennifer Dessin*
6
   SEYFARTH SHAW LLP
7  Catherine M. Dacre (SBN 141988)
   Cody D. Knight (SBN 257627)
8  E-mail: cdacre@seyfarth.com
   E-mail: cknight@seyfarth.com
9  560 Mission Street, 31st Floor
   San Francisco, California  94105
10 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
11
   *Attorneys for Defendants
12 LEXIS/NEXIS, a division of Reed Elsevier, Inc.
   and Matthew Bender & Company Inc.*
13

14

15                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
16                     SAN FRANCISCO / OAKLAND DIVISION

17

18 | SEMMANTHA CHIE and              | CASE NO. CIV 11-01784 EMC
   | JENNIFER DESSIN, on behalf of
19 | themselves and aggrieved employees, |
                                      | **STIPULATION AND [P~~ROPOSED~~]**
20 |        Plaintiffs,               | **ORDER REGARDING DISMISSAL**
                                      | **WITH PREJUDICE**
21 |        vs.                       |

22 | REED ELSEVIER, INC., LEXIS/NEXIS, |
   | INC. and MATTHEW BENDER &
23 | COMPANY, INC.                    |

24 |        Defendants.               |

25

26

27

28

                                     1

                                              STIPULATION FOR DISMISSAL WITH PREJUDICE
                                                                       CIV 11-01784 EMC

1    Plaintiffs Semmantha Chie and Jennifer Dessin and Defendants LexisNexis, a division of
2 Reed Elsevier, Inc., and Matthew Bender & Company, Inc. (each referred to herein as a "Party,"
3 collectively the "Parties") by and through their counsel of record, hereby stipulate under Federal
4 Rule of Civil Procedure 41(a) that the above entitled action is dismissed in its entirety, with
5 prejudice; each Party to bear its own costs and attorneys' fees.

6    Respectfully submitted this 18th day of January 2012.

8  Seyfarth Shaw LLP                                  Lohr Law Firm

9  By:   /s/ Catherine M. Dacre                       By:   /s/ Jason S. Lohr

10        Catherine M. Dacre                                 Jason S. Lohr

11   *Attorneys for Defendants LexisNexis, a            *Attorney for Plaintiffs Semmantha Chie
     division of Reed Elsevier, Inc. and                and Jennifer Dessin*
12   Matthew Bender & Company, Inc.*

14    GOOD CAUSE APPEARING THEREFORE in the stipulation of counsel, it is hereby
15 ordered that this matter be dismissed with prejudice; parties to bear their own costs.
16    IT IS SO ORDERED.



_____
M. Chen

2

STIPULATION FOR DISMISSAL WITH PREJUDICE
CIV 11-01784 EMC

14094560v.1