1 | LOHR LAW FIRM
Jason S. Lohr (SBN 262267)
2 | 140 Geary Street 4th Floor
San Francisco, CA 94108
3 | Telephone: (415) 294-0448
Facsimile: (415) 354-3275
4 | Email: lohr@lohrlaw.com

5 | *Attorney for Plaintiffs Semmantha Chie and Jennifer Dessin*

6 |

7 | SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988)
Cody D. Knight (SBN 257627)
8 | E-mail: cdacre@seyfarth.com
E-mail: cknight@seyfarth.com
9 | 560 Mission Street, 31st Floor
San Francisco, California 94105
10 | Telephone: (415) 397-2823
Facsimile: (415) 397-8549

11 |

12 | *Attorneys for Defendants
LEXIS/NEXIS, a division of Reed Elsevier, Inc.
and Matthew Bender & Company Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| SEMMANTHA CHIE and JENNIFER DESSIN, on behalf of themselves and aggrieved employees,<br><br>    Plaintiffs,<br><br>    vs.<br><br>REED ELSEVIER, INC., LEXIS/NEXIS, INC. and MATTHEW BENDER & COMPANY, INC.<br><br>    Defendants. | CASE NO. CIV 11-01784 EMC<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING DISMISSAL WITH PREJUDICE** |

1

1   Plaintiffs Semmantha Chie and Jennifer Dessin and Defendants LexisNexis, a division of
2 Reed Elsevier, Inc., and Matthew Bender & Company, Inc. (each referred to herein as a "Party,"
3 collectively the "Parties") by and through their counsel of record, hereby stipulate under Federal
4 Rule of Civil Procedure 41(a) that the above entitled action is dismissed in its entirety, with
5 prejudice; each Party to bear its own costs and attorneys' fees.
6   Respectfully submitted this 18th day of January 2012.

8  Seyfarth Shaw LLP                          Lohr Law Firm

9  By:  /s/ Catherine M. Dacre                By:  /s/ Jason S. Lohr

10     Catherine M. Dacre                          Jason S. Lohr

11     *Attorneys for Defendants LexisNexis, a*      *Attorney for Plaintiffs Semmantha Chie*
12     *division of Reed Elsevier, Inc. and*          *and Jennifer Dessin*
       *Matthew Bender & Company, Inc.*

14   GOOD CAUSE APPEARING THEREFORE in the stipulation of counsel, it is hereby
15 ordered that this matter be dismissed with prejudice; parties to bear their own costs.
16   IT IS SO ORDERED.



_____
M. Chen

2

STIPULATION FOR DISMISSAL WITH PREJUDICE
CIV 11-01784 EMC

14094560v.1